UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
JAMES PUCKETT,

      Plaintiff,

    - against -

MONARCH RECOVERY MANAGEMENT, INC., f/k/a
ACADEMY COLLECTION SERVICES, INC.

      Defendant.
-------------------------------------------------------------------

11-CV-2617 (DLC)

:STIPULATION OF
:DISCONTINUANCE
:**WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:  New York, New York
     September 6, 2011

**LAW OFFICES OF EDWARD GARFINKEL**

By: _____
Kevin Barry McHugh
*Attorneys for Defendant*
Monarch Recovery Management, Inc.
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201
(718) 250-1123

**LAW OFFICES OF ALLISON POLESKY, P.C.**

By: _____
Allison D. Polesky (AP5446)
*Attorney for Plaintiff*
511 Avenue of the Americas, Suite 712
New York, New York 10011
(866) 479-9500

SO ORDERED:

_____
USDJ
September 6, 2011